CT Corporation

**Service of Process Transmittal**
05/13/2015
CT Log Number 527117728

TO: Evelyn Shadley, Legal Assistant
Enterprise Holdings, Inc.
600 Corporate Park Dr
Saint Louis, MO 63105-4211

RE: **Process Served in Illinois**

FOR: Enterprise Leasing Company of Chicago, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Amanda Malone vs. Enterprise Leasing Company of Chicago, LLC and Volkswagen Group of America, Inc. |
| **DOCUMENT(S) SERVED:** | Summonses, Attachment(s), List, Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department – Law Division, IL Case # 2015L004822 |
| **NATURE OF ACTION:** | Personal Injury – On May 12, 2013 - Plaintiff sustained personal injuries as the door of the 2013 Volkswagen Golf bearing VIN: WVWDB7AJ6DW128564 snapped off |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/13/2015 at 13:00 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Jason H. Sherwood<br>Sherwood Law Group, LLC<br>218 N. Jefferson<br>Suite #401<br>Chicago, IL 60661<br>312-627-1650 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight<br>Image SOP<br>Email Notification, Brian Braunstein Brian.S.Braunstein@ehi.com<br>Email Notification, Evelyn Shadley EVELYN.SHADLEY@EHI.COM |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| ☑SUMMONS | ☐ALIAS - SUMMONS | (2/18/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT,        LAW        DIVISION

AMANDA MALONE

No. 2015-L-004822

_____
(Name all parties)

v.

**Defendant Address:**

ENTERPRISE LEASING COMPANY OF

ENTERPRISE LEASING COMPANY OF
208 S LASALLE ST.
814
CHICAGO. IL 60604

Summons

To each Defendant:        ☑SUMMONS        ☐ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room        801        ,Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

| | |
|---|---|
| Atty. No.: 47294 | WITNESS, Monday, 11 May        2015 |
| Name: SHERWOOD LAW GROUP LLC | DOROTHY BROWN |
| Atty. for: AMANDA MALONE | Clerk of Court |
| Address: 218 N JEFFERSON 401 | Date of service: |
| City/State/Zip: CHICAGO, IL 60661 | (To be inserted by officer on copy left with defendant or other person) |
| Telephone: (312) 627-1650 | |

Service by Facsimile Transmission will be accepted at: _____
        (Area Code)        (Facsimile Telephone Number)

/s DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**DIE DATE**
**06/05/2015**

**DOC.TYPE:** LAW
**CASE NUMBER:** 15L004822
**DEFENDANT**
ENTERPRISE LEASING COMPANY
208 S LASALLE ST
CHICAGO, IL 60604
#814

**SERVICE INF**
RM #801

**ATTACHED**

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| ☑SUMMONS | ☐ALIAS - SUMMONS | (2/18/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ LAW _____ DIVISION

AMANDA MALONE

No. 2015-L-004822
_____

(Name all parties)

v.

**Defendant Address:**

ENTERPRISE LEASING COMPANY OF

ENTERPRISE LEASING COMPANY OF
208 S LASALLE ST.
814
CHICAGO, IL 60604

### Summons

To each Defendant:      ☑SUMMONS            ☐ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room ___801___, Chicago, Illinois 60602

| ☐District 2 - Skokie<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ☐District 4 - Maywood<br>1500 Maybrook Ave.<br>Maywood, IL 60153 |
|---|---|---|
| ☐District 5 - Bridgeview<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐District 6 - Markham<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 | ☐Child Support<br>28 North Clark St., Room 200<br>Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: ___47294___

WITNESS, Monday, 18 DOROTHY BROWN 2015
CLERK OF THE CIRCUIT COURT

Name: ___SHERWOOD LAW GROUP LLC___

/s DOROTHY BROWN

Atty. for: ___AMANDA MALONE___

Clerk of Court

Address: ___218 N JEFFERSON 401___

SEAL

Date of service: _____, _____

City/State/Zip: ___CHICAGO, IL 60661___

(To be inserted by officer on copy left with defendant or other person)

Telephone: ___(312) 627-1650___

Service by Facsimile Transmission will be accepted at: _____
(Area Code)        (Facsimile Telephone Number)

/s DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**DIE DATE**
**06/05/2015**

**DOC.TYPE:** LAW
**CASE NUMBER:** 15L004822
<u>**DEFENDANT**</u>
ENTERPRISE LEASING COMPANY
208 S LASALLE ST
CHICAGO, L 60604
#814

**SERVICE INF**
RM #801

**ATTACHED**

# Law DIVISION
## Litigant List

Printed on 05/11/2015

Case Number: 2015-L-004822

Page 1 of 1

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| AMANDA MALONE | | | | |

**Total Plaintiffs: 1**

## Defendants

| Defendant Name | Defendant Address | State | Zip | Unit # | Service By |
|---|---|---|---|---|---|
| ENTERPRISE LEASING COMPANY OF | 208 S LASALLE ST. CHICAGO, | IL | 60604 | 814 | Sheriff-Clerk |
| VOLKSWAGEN GROUP OF AMERICA | 801 ADLAI STEVENSON DR SPRINGFIELD, | IL | 62703 | | Sheriff-Filer |

**Total Defendants: 2**

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
CALENDAR: R
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| AMANDA MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: |
| | ) | |
| ENTERPRISE LEASING COMPANY OF | ) | |
| CHICAGO, LLC and VOLKSWAGEN | ) | |
| GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT AT LAW

NOW COMES, the Plaintiff, AMANDA MALONE ("Malone"), by and through her attorneys, SHERWOOD LAW GROUP, LLC and complains of the Defendants, ENTERPRISE LEASING COMPANY OF CHICAGO, LLC ("Enterprise") and VOLKSWAGEN GROUP OF AMERICA, INC. ("Volkswagen"), states as follows:

### GENERAL ALLEGATIONS

1. On and before May 12, 2013, Plaintiff, Malone, resided at 15250 El Camino Terrace, Apartment 2S, in the city of Orland Park, County of Cook, State of Illinois.

2. On and before May 12, 2013, Defendant, Enterprise was a corporation incorporated in the state of Delaware, with its local registered agent located at 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

3. On and before May 12, 2013, Defendant, Volkswagen was a New Jersey corporation, with its local registered agent located at 801 Adlai Stevenson Dr., Springfield, IL 62703.

4. On and before May 12, 2013, Defendant, Enterprise, was a car rental company in the business of renting a variety of cars to Illinois consumers.

1

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
PAGE 2 of 6

5. On and before May 12, 2013, Defendant, Volkswagen, was in the business of manufacturing automobiles to be sold to Illinois consumers.

6. On May 10, 2013, Plaintiff, Malone, rented a 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, from an Enterprise location at 4700 Southwest Highway, Oak Lawn, IL 60453 which is located in Cook County.

7. On and before May 12, 2013, Defendant, Enterprise, contracted with Defendant, Volkswagen, to purchase and rent a variety of their automobiles to Illinois consumers.

8. On and before May 12, 2013, Defendant, Enterprise, placed the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, manufactured and produced by Defendant, Volkswagen, in circulation at the Enterprise location aforementioned.

9. On and before May 12, 2013, Defendant, Enterprise, did not place signs or instructions warning customers to be mindful of a broken front passenger door on the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, manufactured by Defendant, Volkswagen.

10. On and before May 12, 2013, an unknown Enterprise employee was assigned to inspect the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, manufactured by Defendant, Volkswagen, to be rented to Illinois consumers.

11. On and before May 12, 2013, the unknown Enterprise employee assigned to inspect the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, manufactured by Defendant, Volkswagen, was at all times acting in his capacity as an employee, agent, or servant of Defendant, Enterprise.

12. On May 12, 2013, Plaintiff, Malone, attempted to open the front passenger door of the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, after driving it from Illinois to 109 19th Street, Clarksdale, Mississippi.

2

13.    When attempting to open the front passenger door at the aforementioned time and location, the front passenger door handle snapped off causing Malone to immediately fall to the ground and injure herself.

14.    Plaintiff, Malone, tested and used the door handle in a proper, correct and rightful fashion after she had legally rented the automobile in question.

**COUNT I - ENTERPRISE**
**Negligence**

15.    Plaintiff adopts and re-alleges paragraphs One (1) through Fourteen (14) of the General Allegations of this Complaint at Law as paragraph Fifteen (15) of Count One (1).

16.    On and before May 12, 2013, Defendant, Enterprise, through its agents, servants and employees, knew or should have known about the dangerous condition of the front passenger door handle of the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, manufactured by Defendant, Volkswagen, that was rented by Enterprise to the Plaintiff at the Enterprise location located at 4700 Southwest Highway, Oak Lawn, IL 60453.

17.    On and before May 12, 2013, the unknown Enterprise employee, acting in his capacity as an employee, agent, or servant of the Defendant, Enterprise, owed a duty of reasonable care in the inspection of the 2013 Volkswagen Golf, VIN# WVWDB7AJ6DW128564, to ensure that the vehicle would be safe and suitable for normal use by consumers, including Plaintiff, Malone.

18.    Notwithstanding this duty, on May 12, 2013, the unknown Enterprise employee, in his capacity as an employee, agent, or servant of defendant, Enterprise, was then and there guilty of one or more of the following acts and/or omissions:

   a) Failed to properly inspect the vehicle to make sure it was safe and suitable for normal use;
   b) Failed to properly evaluate whether the vehicle was appropriately assembled and built for use by Enterprise guests, invitees, customers and consumers;

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
PAGE 3 of 6

3

c) Failed to properly secure the front passenger door handle for consumer use;

d) Failed to properly ensure that the vehicle was secure, sturdy, and safe and suitable for use by Plaintiff and other invitee guests;

e) Failed to warn the Plaintiff of the dangerous conditions of the front passenger door handle, when the defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

f) Failed to correct the hazardous conditions of the front passenger door handle when Defendant, Enterprise, knew or should have known, or in exercising ordinary care should have known of hazards it posed to Plaintiff;

g) Failed to maintain the front passenger door handle;

h) Failed to repair the front passenger door handle; or

i) Was otherwise careless or negligent;

19. That as a direct and proximate result of the aforesaid, the Plaintiff, Malone, suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused and will continue to cause pain in body and mind; and the Plaintiff, Malone, was caused to expend and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of said injuries; and the Plaintiff, Malone, was caused to and in the future will lose much time from her employment, thereby incurring losses of large sums of money; and the Plaintiff, Malone, has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, Plaintiff, AMANDA MALONE, prays for judgment against the Defendant, ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, in a sum in excess of Fifty Thousand ($50,000.00) Dollars and her costs of suit, pursuant to the Illinois Code of Civil Procedure.

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
PAGE 4 of 6

## COUNT II - VOLKSWAGEN
### Products Liability

20. Plaintiff adopts and re-alleges paragraphs One (1) through Fourteen (14) of the General Allegations of this Complaint at Law as paragraph Twenty (20) of Count Two (2).

4

21.    On and before May 12, 2013, Defendant, Volkswagen, manufactured and produced various automobiles, which were purchased by Defendant, Enterprise, to be rented to prospective consumers.

22.    On and before May 12, 2013, Defendant, Volkswagen, contracted with Defendant, Enterprise, for the purpose of providing customers, including Plaintiff, automobiles for rent.

23.    On and before May 12, 2013, Defendant, Volkswagen, by and through its agents, servants, and employees, was responsible for manufacturing and production of the automobiles purchased by Defendant, Enterprise.

24.    On and before May 12, 2013, Defendant, Volkswagen, through its agents, servants and employees, owed a duty of reasonable care in the manufacturing of the automobiles purchased by Defendant, Enterprise.

25.    Notwithstanding this duty, on and before May 12, 2013, the Defendant, Volkswagen, by and through its agents, servants and employees, was then and there guilty of one or more of the following acts and/or omissions:

a)  Failed to properly manufacture and produce a safe and suitable Automobile;
b)  Failed to properly test the Automobile to ensure that it was safe and suitable for use by the Plaintiff, and other prospective customers;
c)  Failed to Provide Plaintiff a safe and suitable Automobile when it knew or should have known that Plaintiff, and other prospective consumers, would be using the Automobile;
d)  Failed to warn the Plaintiff of the dangerous conditions of the Automobile, when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;
e)  The Automobile was designed, manufactured, and sold without the ability to function safely and properly;
f)  Failed to inspect Automobile to ensure that it was safe and suitable for use by the Plaintiff, and other prospective customers;
g)  Failed to repair the Automobile to ensure that it was safe and suitable for use by the Plaintiff, and other prospective customers; or
h)  Was otherwise careless and/or negligent;

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
PAGE 5 of 6

5

26.     These unreasonably dangerous conditions existed at the time the Automobile left the control of Volkswagen.

27.     That as a direct and proximate result of the aforesaid, the Plaintiff, Malone, suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused and will continue to cause pain in body and mind; and the Plaintiff, Malone, was caused to expend and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of said injuries; and the Plaintiff, Malone, was caused to and in the future will lose much time from her employment, thereby incurring losses of large sums of money; and the Plaintiff, Malone, has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, Plaintiff, AMANDA MALONE, prays for judgment against the Defendant, VOLKSWAGEN GROUP OF AMERICA, INC., in a sum in excess of Fifty Thousand ($50,000.00) Dollars and her costs of suit, pursuant to the Illinois Code of Civil Procedure.

ELECTRONICALLY FILED
5/11/2015 2:33 PM
2015-L-004822
PAGE 6 of 6

Respectfully Submitted,

**SHERWOOD LAW GROUP, LLC**

*Jason H. Sherwood*

_____

**JASON H. SHERWOOD**
Attorney for Plaintiff


**SHERWOOD LAW GROUP, LLC**
218 N. Jefferson, Suite #401
Chicago, Illinois 60661
Phone: 312.627.1650
Fax: 312.648.9503
Attorney No. 47294